IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL

| Date: | March 28, 2012 | Probation: | Michelle Means |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **11-cr-00350-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Jeremy S. Sibert

       Plaintiff,

v.

**1.  ROBERT WHITTALL**,                              Edward A. Pluss

       Defendant.

## SENTENCING

| | |
|---|---|
| **3:08 p.m.** | Court in Session - Defendant present (in-custody) |
| | **Change of Plea Hearing - Tuesday, November 22, 2011, at 10:00 a.m. Plea of Guilty - count 2 of Indictment** |
| | APPEARANCES OF COUNSEL. |
| | Court's opening remarks. |
| 3:11 p.m. | Statement on behalf of Defendant (Mr. Pluss). |
| 3:15 p.m. | Statement on behalf of Government (Mr. Sibert). |
| 3:19 p.m. | Statement on behalf of Probation (Ms. Means). |
| 3:20 p.m. | Statement by Defendant on his own behalf (Mr. Whittall). |
| | Court makes findings. |

**ORDERED:** Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 29), filed March 14, 2012, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

**ORDERED:** Defendant's Request for Variance from Guideline Sentence Pursuant to 18 U.S.C. § 3553(a) (ECF Doc. No. 25), filed February 27, 2012, is **DENIED.**

**ORDERED:** Defendant be **imprisoned** for **57** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

| | |
|---|---|
| **ORDERED:** | **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision. |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis. |
| **ORDERED:** | Government's Motion to Dismiss Count One of the Indictment (ECF Doc. No. 30), filed March 14, 2012, is **GRANTED.** |
| | Order to Dismiss is **APPROVED BY THE COURT.** |
| **ORDERED:** | Defendant is **REMANDED** to the custody of the U.S. Marshal. |
| **3:36 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:  :28**